```
1  CALIFORNIA MENS COLONY
2  ROBERT A. GOINS BL-8291
   P.O. Box 8101
3  San Luis Obispo,Ca.93409
4               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
5                    WESTERN DIVISION
6                                              CASE No.:
                                               25-cv-02168-SB-BFM
7                                              Plaintiffs Notice of
                                               Opposition To:Defendants
8  ROBERT GOINS,      )     FILED              Motion to Dismiss
                      )     CLERK, U.S. DISTRICT COURT
   Plaintiff,         )
9                     )     JUN 2 4 2025
   v.                 )
10 E.KRANZ,et al.,    )     CENTRAL DISTRICT OF CALIFORNIA
                      )     BY              DEPUTY
11 Defendants.        )
   ------------------ )
12
13 PLEASE TAKE NOTICE THAT PLAINTIFF ROBERT GOINS MOVES :"To Oppose:Defendants
14 Motion To Dismiss under FEDERAL RULE of CIVIL PROCEDURE 12(b)(6)" :
   for the failure to state a claim.
15    Plaintiffs opposition will be based on the grounds that Defendants are
16 not entitled to dismissal as a matter of law.
17 Defendants violated Plaintiff Goins EIGHTH AMENDMENT RIGHTS to adequate
   mental health treatment;futhermore Defendants violated Plaintiffs
18 Fourteenth Amendment Right to the equal protection of the laws.
19 This opposition is based on this notice,supporting memorandum of points
20 and authorities;the pleadings, and any other matters properly before
   this court.
21
22
23 DATED: JUNE 15,2025                              Respectfully
                                                    Submitted,
24
25
26                         [1]
27
28
```



CALIFORNIA MENS COLONY
DANIEL ROWE H90917
D5-8135
P.O.Box 8101
San Luis Obispo, Ca. 93409

Assisting Plaintiff

POSTAGE DUE

STATE PRISON
GENERATED MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 24 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

OFFICE OF THE CLERK: 255 EAST TEMPLE STREET, RM. 180

LOS ANGELES, CALIF. 90012

INDIGENT
LEGAL MAIL

