1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT ANTHONY GOINS, <br><br> Plaintiff, <br> v. <br><br> PSYCHOLOGIST EUGENE KRANZ, et al. <br><br> Defendants. | No. 2:25-cv-02168-SB-BFM <br><br> **ORDER RE: CIVIL RIGHTS CASE** |

Plaintiff initiated this action with the filing of his Complaint. Defendants Kranz and Heidler filed an Answer to Plaintiff's Complaint on October 13, 2025. The pleadings are therefore set. The Court held a scheduling conference on November 6, 2025. Based on that discussion, and in order to facilitate the just and speedy determination of this case, the parties are directed to comply with the following instructions and adhere to the deadlines and schedules that follow.

If Plaintiff and Defendant(s) want to consent to magistrate judge jurisdiction, they shall file a completed Statement of Consent to Proceed Before Assigned United States Magistrate Judge Form CV 11 with the Clerk and serve opposing counsel with same within 28 days of this date. The Clerk shall serve Plaintiff(s) and Defendant(s) with a copy of the Form CV 11 along with this

Order. **THE PARTIES ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.**

## DISCOVERY

### 1.    Discovery Cut-Off Date

All discovery shall be completed **on or before June 8, 2026**. No discovery may be taken after that date without the prior approval of the Court. Such approval will be granted only in exceptional circumstances and upon a showing of good cause. Discovery taken by deposition is complete when questioning ceases. Discovery taken by written request (interrogatories, requests for production of documents and things, and requests for admissions) is complete on the date when the written response to the request is due.

### 2.    Availability of Discovery

Parties may obtain discovery regarding any matter, not privileged, which is relevant to any party's claim or defense in the pending action. *See* Fed. R. Civ. P. 26(b)(1). Pro se litigants are entitled to discovery in civil rights actions to the same extent as are litigants represented by counsel.

### 3.    Depositions

The parties shall schedule depositions to commence at least fourteen calendar days after service of the deposition notice and at least five court days before the discovery cut-off date. By this Order, Defendants are granted leave to take the deposition of Plaintiff Robert Anthony Goins. *See* Fed. R. Civ. P. 30(a)(2)(B). Such authorization does not relieve Defendants of the obligation to service Plaintiff with notice of the deposition date.

### 4.    Interrogatories

Any interrogatories shall be served at least forty-five calendar days prior to the discovery cut-off date.

### 5.    Production of Documents and Things

2

Any request for production of documents or things shall be served at least forty-five calendar days prior to the discovery cut-off date.

6.    Requests for Admissions

Any requests for admissions shall be served at least forty-five calendar days prior to the discovery cut-off date.

7.    Deadline for Written Discovery Requests

Given the frequent delays in service in cases involving an incarcerated plaintiff, the deadline for any written discovery request shall be 45 days after service of the request, absent order of the Court setting a different deadline.

## STATUS REPORT

Each party shall file and serve a status report **on or before February 6, 2026**.

The status report shall contain the following information:

A.    A summary of the proceedings to date and a statement of the principal issues raised by the case;

B.    A statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed;

C.    A description of any discovery completed, and a schedule for any future discovery;

D.    A list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions;

E.    An estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested;

F.    A description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case;

G.    Any suggestions the parties may wish to make regarding the management of this action.

Where feasible, the parties are strongly encouraged to file a joint status report.

## **MOTIONS**

1.    <u>Last Day for Adding Parties or Amending Pleadings</u>

The last date for adding parties or amending pleadings is **no later than January 5, 2026**. All motions to add other parties or amend the pleadings shall be noticed for hearing on or before that date. All unserved parties will be dismissed at the time of the Final Pretrial Conference pursuant to Local Rule 16-8.1.

2.    <u>Discovery Motions</u>

Any motion challenging the adequacy of a discovery response, or seeking an order compelling further discovery, shall be filed and served not later than ten calendar days after the discovery cut-off date. The Court expects the parties to resolve discovery problems among themselves whenever possible.

3.    <u>Substantive Motions</u>

Any motions directed to the Court's jurisdiction or to the merits of any claim or defense (such as a motion to dismiss or a motion for summary judgment) shall be filed and served **no later than July 7, 2026**. If no party to the action is in custody, the hearing date and briefing schedule shall be set according to Local Rules 6 and 7, unless otherwise indicated by the Court. If any party to the action is in custody, then no hearing date will be set. Any opposition to the motion shall be filed and served within thirty calendar days after service of the motion, and any reply shall be filed and served within fifteen calendar days after service of the opposition. The motion shall be deemed submitted for decision on the papers timely filed and without a hearing unless otherwise

4

ordered by the Court.

## COMPLIANCE WITH RULES

All parties must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court unless compliance is expressly waived by Court order.

Compliance with the following Local Rules of this Court is waived if, and only if, Plaintiff is in custody and not represented by counsel: 7-3; 7-14; 7-15 (all motions shall be deemed submitted the day after the reply papers are due); 26-1; 37-1; 37-2; 37-3; 65-1 (but only to the extent that it requires motions for temporary restraining orders or preliminary injunctions to be set for hearing on the calendar); 16-2 (but only to the extent that it requires the parties to meet in person); and 16-7 (but only to the extent that it requires Plaintiff to prepare and lodge the Pre-Trial Conference Order; Defendant(s) shall prepare and lodge the Order).

**IT IS SO ORDERED**.

DATED: November 6, 2025    _____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

5