ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5166
  Fax:  (916) 732-7920
  E-mail:  Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,**<br><br>                  Plaintiff,<br><br>v.<br><br>**E. KRANZ, et al.,**<br><br>                  Defendants. | 2:25-cv-02168-SB-BFM<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STAY CASE**<br><br>Judge:      The Honorable Brianna Fuller Mircheff<br>Action Filed: 3/10/2025 |

Plaintiff Robert Anthony Goins, an incarcerated person who is proceeding *pro se*, brings this civil rights action against Defendants E. Kranz and E. Heidler pursuant to 42 U.S.C. § 1983 and alleges violation of the Eighth Amendment. *See* Dkt. Nos. 1, 32.  Plaintiff moves to stay this action for ninety days "to conduct possible Alternative Dispute Resolution proceedings."  Dkt. No. 41.  Defendants oppose this motion.

A settlement conference would not be a productive use of the parties' or the Court's time and resources because Defendants are currently unwilling to settle.  If Defendants change their position, Defendants will contact Plaintiff.

1

1      Accordingly, the Court should deny Plaintiff's motion without prejudice until both parties determine that a settlement conference would be beneficial.

Dated: December 10, 2025            Respectfully submitted,

                                                       ROB BONTA
                                                       Attorney General of California
                                                       WILLIAM C. KWONG
                                                       Supervising Deputy Attorney General

                                                       ***/s/ Macklin Thornton***
                                                       MACKLIN THORNTON
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants*
                                                       *E. Heidler and E. Kranz*

LA2025400772

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants E. Heidler and E. Kranz, certifies that this brief contains 119 words, which:

_X_ complies with the word limit of L.R. 11-6.1.

___ complies with the word limit set by court order dated [date].

Dated: December 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Macklin Thornton*
MACKLIN THORNTON
Deputy Attorney General
*Attorneys for Defendants
E. Heidler and E. Kranz*

## CERTIFICATE OF SERVICE

Case Name: **Robert A. Goins (BL8291) v. E. Kranz, et al.**  No. **2:25-cv-02168-SB-BFM**

I hereby certify that on December 10, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STAY CASE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 10, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Robert Anthony Goins**
**CDCR No. BL8291**
**California Men's Colony**
**P.O. Box 8101**
**San Luis Obispo, CA 93409-8101**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 10, 2025, at San Diego, California.

| C. Hernandez | *[signature]* |
|---|---|
| Declarant | Signature |

LA2025400772