**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| **Case No.:** 2:25-cv-02168-SB-BFM | **Date:** December 10, 2025 |
| **Title:** *Robert Anthony Goins v. Eugene Kranz, et al.* | |

================================================================

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | NA |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order on Plaintiff's Request for Stay (ECF 41)

The Court has received Plaintiff's Request to stay his case for 90 days to pursue settlement. Defendants oppose the request, indicating that they are not, at this juncture, inclined to consider settlement. Given that the parties are still in the middle of discovery, and Defendants' position with respect to settlement, the Court does not believe that ordering immediate settlement proceedings is likely to be fruitful, and therefore **denies** the request. Such denial is without prejudice to revisiting the matter in the future.

**IT IS SO ORDERED.**

cc: Robert Anthony Goins, pro se
　　Macklin W. Thornton, CAAG

Initials of Preparer: ch