UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT

January 20, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY
```

In the Matter of the Creation )
of the Calendar )
　　　　　　　　　　　　　　　　　)
　　of )　　ORDER OF THE CHIEF
　　　　　　　　　　　　　　　　　)　　MAGISTRATE JUDGE
Magistrate Judge )　　**26-011**
Angela Catherine Claire Viramontes )
_____)

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Magistrate Judge Angela Catherine Claire Viramontes,

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of Magistrate Judge Brianna F. Mircheff to the calendar of Magistrate Judge Angela Catherine Claire Viramontes for all further proceedings:

| | |
|---|---|
| 2:25-cv-02168-SB-BFM | Robert Anthony Goins v. Eugene Kranz, et al. |
| 2:25-cv-12020-DSF-BFM | Caren Goldstein v. Frank Bisignano |
| 5:25-cv-03128-SPG-BFM | Alexander L. Smith et al v. County of Riverside, et al. |
| 5:25-cv-03586-CV-BFM | Hoa Van Le v. Mark Bowen, et al. |

On all documents subsequently filed in the case, please substitute the Magistrate Judge initials (ACCV) after the case number in place of the initials of the prior Magistrate Judge.

Dated: January 20, 2026

　　　　　　　　　　　　　　　　　　　　　*Karen L. Stevenson*
　　　　　　　　　　　　　　　　　　　　　Karen L. Stevenson
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge