California Mens
Colony
Robert A. Goins
BL-8291
Box 8101
San Luis Obispo, CA.
93409



FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

United States District Court
Central District of California
Western Division

Robert Goins,
Plaintiff,
v.
E. Kranz, et. al.,
Defendants.

Case no.:
25-CV-02168-BFM

Plaintiffs
Status Report

To the office of the Clark for the above named court. Please take notice Plaintiff Goins submits this status Report, in compliance with the courts order, from November 6, 2025. [ECF 39]

Plaintiff Goins, was ordered to file a status Report in the matter: Goins v. Kranz, et. al.; 25-CV-02168; on or before February 6, 2026. This status Report is therefore timely.

(1)

## Introduction

Plaintiff, a California inmate, filed the instant pro se civil rights complaint under 42 U.S.C. 1983; against Defendants Psychologist Eugene Kranz; and Senior Supervisor Psychologist Elizabeth Heidlar; for violating Plaintiff(s) Eighth Amendment Rights, and Plaintiff(s) Fourteenth Amendment Rights, on March 26, 2023; at the Restrictive Housing Unit, located at the California Mans Colony.

Service of Plaintiff(s) initial complaint was ordered on Defendant(s) on March 19, 2025. [ECF 6]

On June 6, 2025; Defendant(s) moved to dismiss Plaintiff(s) complaint, under Federal Rule of Civil Procedure 12(b)(6); as to Defendant E. Heidlar, Senior Supervisor Psychologist; for "failure to state a claim", for violating Plaintiffs 8th and 14th Amendment(s), rights. Furthermore, as to Defendant E. Kranz, Defendant(s) conceeded E. Kranz should answer to the 8th Amendment Right violation. [ECF 16]

(2)

The District Court denied Defendant(s) 12(b)(6) motion to dismiss for the failure to state a claim, as to Defendant(s) E. Haidiar and E. Krantz, pertaining to the Plaintiff(s) 8th Amendment rights.

Nevertheless, Plaintiff(s) 14th Amendment right violation claim(s) were dismissed, as to both Defendants. Defendants were ordered to file an Answer to the Plaintiff(s) complaint for violating Plaintiff(s) 8th Amendment(s) Rights, failure to provide adequate medical treatment; under Plaintiff(s) Cruel and Unusual Punishment prohibition(s).

On October 13th, 2025; Defendant(s) filed 'Answer to Plaintiff(s) Complaint; and Defendants Demand For Jury Trial'. [ECF 34]

On November 6th, 2025; the District Court held a Scheduling Conference. [ECF 36]

The District Court ordered Discovery Proceedings. [ECF 39]

The District Court determined 'All discovery shall be completed on or before June 8, 2026'. [ECF 39]

(3)

Plaintiff(s) deadline to file requests(s) for: 'Interrogatories, Document(s), and Admissions'; is April 2026. [ECF 39]

Plaintiff has yet to file any discovery requests. Defendants served notice on the Plaintiff on January 8th, 2026; for a Deposition proceeding, to be conducted at the California Mens Colony, via remote Audio-video conference in accordance with Federal Rule of Civil Procedure 30.

Plaintiff expect(s) to file motion to compel, if the Defendant(s) fail to adequately reply to the Plaintiff(s) discovery request(s). [6/8/2026; or sometime thereabout]

Plaintiff expect(s) to file a motion for the appointment of counsel in this matter, before the April cut-off discovery date. [2/12/2026; or sometime thereabout]

Plaintiff, furthermore filed a motion for 'Alternative Dispute Resolution' proceedings, in December 2025. Defendants objected to the proceedings and took the position that no resolution could be reached. [SEE INSERT]

(4)

Plaintiff expects to file a motion 'objecting to Defendant's Deposition Notice' on or before January 28, 2026.

Plaintiff(s) estimated timeline for Trial proceedings is three days.

Plaintiff has demanded a Jury Trial in these proceedings. If for any reason, that demand is not proper, Plaintiff renews the request for a Jury Trial, in these proceedings.

The appointment of counsel for the limited purpose of conducting discovery on behalf of the Plaintiff should occur. The issues put forth in this matter are complex and difficult to decipher without a trained and experienced litigator.

January 22, 2026

Respectfully Submitted,

/s/

(5)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:25-cv-02168-SB-BFM                         Date: December 10, 2025

Title: *Robert Anthony Goins v. Eugene Kranz, et al.*

================================================================

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | NA |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order on Plaintiff's Request for Stay (ECF 41)**

The Court has received Plaintiff's Request to stay his case for 90 days to pursue settlement. Defendants oppose the request, indicating that they are not, at this juncture, inclined to consider settlement. Given that the parties are still in the middle of discovery, and Defendants' position with respect to settlement, the Court does not believe that ordering immediate settlement proceedings is likely to be fruitful, and therefore **denies** the request. Such denial is without prejudice to revisiting the matter in the future.

**IT IS SO ORDERED.**

cc: Robert Anthony Goins, pro se
    Macklin W. Thornton, CAAG

Initials of Preparer: ch

Case Name: Goins v. Kranz
Case Number: 25-CV-02168
Court: Central District / Western Division

# PROOF OF SERVICE BY MAIL

I, Robert Goins, declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in ~~Solano~~ San Luis Obispo County, California at the ~~California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.~~ NS Colony P.O. Box 8101 San Luis Obispo

That on January 22, 2026 I served the attached: a true copy of the attached:

Plaintiff(s) Status Report

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the ~~California Medical Facility, Vacaville~~, NS Colony San Luis Obispo, California, addressed as follows:

U.S. District Court
Central District of California
Office of the Clerk
255 East Temple Street, RM. 180
Los Angeles, CA. 90012

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on January 22, 2026 at the ~~California Medical Facility, Vacaville~~ NS Colony San Luis Obispo, California.

Robert Goins
Declarant

_____
Declarant's Signature

Daniel Rowe
CDC# H09717 Cell D8-B135

Assisting Plaintiff

Central District Court
Office of the Clerk
255 East Temple Street, Rm. 180
Los Angeles, CA. 90012

United States District

JAN 29 2026
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FIRST-CLASS MAIL
$001.90
US POSTAGE