UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANTHONY GOINS,

        Plaintiff,

v.

No. 2:25-cv-02168-SB-ACCV

EUGENE KRANZ, et al.

        Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **ROBERT ANTHONY GOINS**, **CDCR BL-8291** a necessary and material witness in proceedings in this case on March 4, 2026 is confined in California State Prison- California Men's Colony (CMC) located at Colony Dr, San Luis Obispo, CA 93409 in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum to issue commanding the custodian to produce the inmate by **VIDEO** using **ZOOM** before Magistrate Angela C. C. Viramontes on **March 4, 2026 at 9:00 am.**

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a video conference at the time and place above, until completion of the video conference or as ordered by Judge Angela C. C. Viramontes;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:**    Warden of California Men's Colony (CMC), San Luis Obispo, CA 93409:

    **WE COMMAND** you to produce the inmate named above to testify before Judge Angela C. C. Viramontes **by VIDEO** using **ZOOM** at United States District Court, at the time and place above, until completion of the video conference or as ordered by Judge Angela C. C. Viramontes; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 17, 2026



    HON. ANGELA C. C. VIRAMONTES
    United States Magistrate Judge