ROB BONTA
Attorney General of California
ANNE M. KAMMER
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 321-5166
  Fax: (916) 732-7920
  E-mail: Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,**<br><br>                                    Plaintiff,<br><br>          **v.**<br><br>**E. KRANZ, et al.,**<br><br>                                    Defendants. | 2:25-cv-02168-SB-ACCV<br><br>**DEFENDANTS' STATUS UPDATE REGARDING DISPUTE OVER PLAINTIFF'S DEPOSITION**<br><br>Judge:         Hon. Angela C. C. Viramontes<br>Action Filed: 3/10/2025 |

Plaintiff Robert Anthony Goins, an incarcerated person who is proceeding *pro se*, brings this civil rights action against Defendants E. Kranz and E. Heidler pursuant to 42 U.S.C. § 1983. (Dkt. Nos. 1, 32.) Defendants provide this update regarding the parties' dispute over Plaintiff's deposition.

Defendants noticed Plaintiff's deposition for February 12, 2026, at 9:00 A.M.[1] (Declaration of Macklin W. Thornton in Support of Defendants' Status Update Regarding Dispute Over Plaintiff's Deposition (Thornton Decl.) ¶ 2.) During the

---

[1] The background to this dispute is detailed in Defendants' counsel's email to Chambers dated February 12, 2026, which was sent pursuant to the Court's Procedures.

1

deposition, Plaintiff moved to terminate the deposition under Federal Rule of Civil Procedure 39(d)(3)—pointing to "bad faith" regarding his inability to have the support person accompany him in the deposition room. (*Id.*) Later that day, Defendants' counsel emailed Chambers to request a Pre-Motion Discovery Dispute Conference and detailed the nature of the dispute and the parties' positions on the dispute. (*Id.*) The Court then held two Pre-Motion Discovery Dispute Conferences to address the deposition dispute. (*See* Dkt. Nos. 49, 53.)

The Court has not yet provided leave for Defendants to file a motion to compel. *See* Viramontes Chambers Rules (Discovery Motion Practice). And Plaintiff has not filed a motion to terminate or limit the deposition under Rule 30(d)(3). (*See* Dkt.)

On April 6, 2026, Defendants' counsel met and conferred telephonically with Plaintiff. (Thornton Decl. ¶ 3.) Defendants' counsel asked if Plaintiff would sit for his deposition. (*Id.*; *see also* Dkt. No. 49.) Plaintiff responded that he cannot answer that question until his motion for an attorney is answered by the Court. (Thornton Decl. ¶ 3.) Defendants' counsel explained he needed to notice Plaintiff's deposition given the upcoming discovery deadlines and to protect Defendants' rights. (*Id.*) Defendants' counsel further said he would file a status update with the Court and will notice Plaintiff's deposition. (*Id.*) Concurrently with this status update, Defendants' counsel will serve a deposition notice on Plaintiff with a deposition date of May 7, 2026 at 1:00 P.M. (*Id.* ¶ 4.)

Dated: April 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANNE M. KAMMER
Supervising Deputy Attorney General

*/s/ Macklin Thornton*
MACKLIN THORNTON
Deputy Attorney General
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

LA2025400772

2