CALIFORNIA MENS COLONY

ROBERT A.GOINS BL-8991

P.O.Box 8101

San Luis Obispo,Ca.93409

FILED
CLERK, U.S. DISTRICT COURT

APR 7 2026

YCC

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CASE No.:

25-cv-02168-SB

Plaintiffs Motion:

For the Renewed

Request for the

Limited Purpose of

The Appointment of

Counsel

ROBERT GOINS,        )
Plaintiff,           )
v.                   )
E.KRANZ,             )
Defendants,et al. )
_____

TO THE OFFICE OF THE CLERK OF THE ABOVE ENTITLED COURT;Please take notice Plaintiff R.Goins moves for an Ex parte:'Limited Appointment of Counsel pursuant to 28 U.S.C. 1915(e)(1);which states in part:'The Court may request an Attorney to represent any person unable to afford counsel'. [see also ECF 49]

Plaintiff was given leave to proceed in this matter without the prepayment of filling fees.[ECF 6]

Plaintiff initially filed for an a appointment of 'Limited Purpose of Counsel;on or about February 23,2026.

Then on 3/25/2026;Plaintiff was given leave by the Central District Court to renew the request after the motion filed on 2/23/2026;was denied. There exists a high degree of the Plaintiff prevailing on his claims at trial if it becomes necessary,and the parties cannot reach a settlement.

Plaintiffs complaint alleged violation of his 8th Amendment Rights against Defendants E.Kranz and Defendant E.Heidler,in their individual capacities,acting under the color of law,at the California Mens Colony Restrictive Housing Unit on March 26,2023.

Plaintiff was denied 'Crisis Intervention Treatment'by the Defendant Kranz. Defendant Heidler acting as supervisor failed to adequately train/ supervise Defendant Kranz,even after inmates complained about his conduct.

(1)

BACKGROUND

Plaintiff was placed into the Restrictive Housing Unit;at the California Mens Colony for attempting to introduce contraband into the prison through visiting.[see Exhibit A:Mental Health DTT MPage FORM]

Then on or about 1/10/2023;Defendant E.Heidler interviewed the Plaintiff and was intimately aware that the Plaintiff suffered from Auditory Hallucination on a daily basis.[ECF 1]

Defendant was also aware that the medication prescribed to the Plaintiff Naltrexone included a significant side affect that caused an increased level of suicidal ideations and behaviours.[Ex.A]

It appears as if the Defendant E.Heidler failed to appraise subordenate employees that inmates housed at the RHU were dealing with these serious mental health issues.

On March 26,2023,Defendant E.Kranz dened the Plaintiff Crisis Intervention Treatment after the Plaintiff had decompensated while housed at the C.M.C RHU facility.[see Exhibit B:Mental Health Referal Chrono]

Prior to Correctional Officer J.Rizo's emergency chrono,Defendant Kranz spoke with the Plaintiff and was informed by the Plaintiff that he was giong to hang himself.Defendant Kranz minimized the Plaintiffs suicidal ideation and returned the Plaintiff to his assigned housing unit.Plaintiff then attempted to hang himself,injuring his thorax and shoulder in the process. [ECF 1][see also Exhibit C:Physical Therpy 1/4;3/4;4/4]

LEGAL STANDARD

When determining whether exceptional circumstances exists,a court must consider the likelyhood of success on the merits of the matter;as well as the ability of the Plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.[Palmer v. Valdez,560F.3d 965,9th Cir.2009]

This matter represents a complex case due to the number of potential experts and or Doctors trained in the mental health profession that may testify for the plaintiff and or the Defendants.Cross examination of these potential witnesses would ordinarily overwhelm the Plaintiff in this matter.Evenmore, the Plaintiff seeks a limited purpose appointment in order to conduct discovery and/or deposition proceedings.This matter may settle before a trial becomes necessary.[2024 WL 964161;Ferreira Da Silva v.Morgan;No.21-cv-01208-DJC-CKD;Eastern District of California]

Plaintiff will also face a complex issue with Defendant E.Heidler,Supervisor at the California Mens Colony Restrictive Housing Unit;on March 26,2023; the day the incident occured.Plaintiffs claims that this Defendant failed to train/supervise subordinate employees will almost certainly overwhelm the Plaintiff who suffers from serious mental health issues including auditory hallucinations;Major Depressive Disorder;and Substance Abuse.

Plaintiff attempted to commat suicide when his circumstances became so stressful he decompensated from the pressure he was dealing with at the time[ECF 1]

These facts also would militate in favor of the Court to issue an order to appoint Counsel for the limited purpose to conduct discovery and/or deposition on the Plaintiffs behalf.Plaintiff is in jeopardy of losing a significant due process right.Plaintiff is unable to conduct any meaningful discovery requests under Rule 33,34,and36;moving forward.

Plaintiff has been assisted up and until this point,however,that inmate has recently paroled and it does not appear as if the Plaintiff will be able to find additional assistance before the discovery cut-off date on April 24, 2026.

CONCLUSION

ISREAL V. NEGRETE,@)@¢ 2026 WL6606447;No.22-cv1391-TLN-CSK;Plaintiff was given a limited purpose Attorny for deposition purposes.

Plaintiffs claims represent an important issue for the public interest as it pertains to mental health treatment for prisoners,notwithstanding the landmark Coleman v Wilson decision from years past.

For the reasons stated earlier above Plaintiff prays that the Central Distrct Court grants the motion currently putforth.

Respecfully Submitted,

DATED: MARCH 27, 2026

(3)

UNITED STATES DISTRICT COURT

~~EASTERN~~ DISTRICT OF CALIFORNIA

CENTRAL

ROBERT GOINS,
PLAINTIFF,

v.

Case Number:  25-cv-02168-SB-ACCV

EUGENE KRANZ,ET. al.,
DEFENDANTS.

PROOF OF SERVICE

/

I hereby certify that on     MARCH @(29th,2026            , I served a copy

of the attached Plaintiffs Motion For the Renewed Request for the Limited Purpose of the Appointment of Counsel /Declaration In Support

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter the California Mens Colony,P.O.Box 8101,San Luis Obispo,Ca.93409

listed, by depositing said envelope in the United States Mail at

(List Name and Address of Each
Defendant or Attorney Served)      U.S. District Court
CENTRAL DISTRICT OF CALIFORNIA OFFICE OF THE CLERK
255 East Temple Street,RM.180,Los Angeles California 90012

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Person Completing Service)

# EXHIBIT COVER PAGE



A

EXHIBIT

Description of this Exhibit: *MENTAL HEALTH Documentation Defendant E. Weisblace*

Number of pages to this Exhibit: ___4___ pages.

JURISDICTION:    (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court *CENTRAL DISTRICT*
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

P. 1

**CMC - California Men's Colony**

| Patient: | **GOINS, ROBERT ANTHONY** | |
|---|---|---|
| DOB/Age/Birth Gender: | 8/1/1987 / 35 years / Male | CDCR: BL8291 |

## *Effective Communication Legal*

ENCTR Information :  Encounter Info: Patient Name: ROBERT GOINS,DOB: 08/01/1987,,FIN: 97240,Facility: CMC,Encounter Type: Inpatient MH

Verde, Valerie Psychiatrist - 1/11/2023 12:45 PST

Effective Communication
EC Smart Template :  Effective Communication Qualifier
No qualifying disability codes found.
TABE Custom Template :  Current TABE Score: 04.0 (06/10/2020 00:00)
EC Custom Template :  No Primary or Secondary communication method documented
Primary Language: English
Comprehends English: YES

Verde, Valerie Psychiatrist - 1/11/2023 12:45 PST

Accommodations EC Grid
Additional Time :  Yes
Speaking Louder Accommodations :  Yes
Speak Slower Accommodations :  Yes
Basic Language :  Yes

Verde, Valerie Psychiatrist - 1/11/2023 12:45 PST

EC Documentation Grid
P/I Asked Questions :  Yes
P/I Summed Information :  Yes
EC Reached :  Yes

Verde, Valerie Psychiatrist - 1/11/2023 12:45 PST

Effective Communication Entered On:  1/10/2023 16:44 PST
Performed On:  1/10/2023 16:44 PST by Heidler, Elizabeth Sr. Psychologist Supervisor

Patient Encounter Information
ENCTR Information :  Encounter Info: Patient Name: ROBERT GOINS,DOB: 08/01/1987,,FIN: 97240,Facility: CMC,Encounter Type: Inpatient MH

Heidler, Elizabeth Sr. Psychologist Supervisor - 1/10/2023 16:44 PST

Effective Communication
EC Smart Template :  Effective Communication Qualifier
No qualifying disability codes found.
TABE Custom Template :  Current TABE Score: 04.0 (06/10/2020 00:00)
EC Custom Template :  No Primary or Secondary communication method documented
Primary Language: English
Comprehends English: YES

Heidler, Elizabeth Sr. Psychologist Supervisor - 1/10/2023 16:44 PST

Accommodations EC Grid

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  65823796                    Print Date/Time:  2/16/2023 09:31 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

CMC - California Men's Colony

P. 2

Patient:        **GOINS, ROBERT ANTHONY**
DOB/Age/Sex:  8/1/1987   / 35 years    / Male         CDCR: BL8291

---

### *Mental Health Documentation*

Thought Process: Linear and goal oriented.
Thought Content: Reality based.
Perception: AH/VH denies. No delusional content reported.
Insight: Fair.
Judgment: Fair.
**Collateral:**
**Psychiatry:** No changes to meds. IP reported no side effects or issues with meds.
**Medical:** Nurse stated there are no medical concerns that could impact mental health.
**Custody:** CC1 Stated RVR is pending, no further information available.
**Tier:** No issues reported.
Team agreed to retain IP at current LOC and granted full issue Q30 due to denying SI. Treatment to focus on decreasing SI.

**Encounter Info:** Patient Name: ROBERT GOINS,DOB: 08/01/1987,CDCR: BL8291,FIN: 97240,Facility: CMC,Encounter Type: Inpatient MH

```
Electronically Signed on 01/09/2023 11:49 AM PST

Garcia, Margarita Licensed Psychologist, Licensed P
```

| | |
|---|---|
| Document Type: | MHPC Inpatient Progress Note |
| Document Subject: | MH PC Note |
| Service Date/Time: | 1/10/2023 16:25 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Heidler,Elizabeth Sr.Psychologist Supervisor (1/10/2023 16:31 PST) |
| Sign Information: | Heidler,Elizabeth Sr.Psychologist Supervisor (1/10/2023 16:44 PST) |
| Authentication Information: | Heidler,Elizabeth Sr.Psychologist Supervisor (1/10/2023 16:44 PST); Heidler,Elizabeth Sr.Psychologist Supervisor (1/10/2023 16:44 PST) |

**Inmate's Program and Level of Care**
MHCB LOC Confidential Contact 1152-1217

**New Issues/Complaints**
Presenting Problem MH

01/08/23 08:44:00
Per MHCB intake IP was rehoused to MHCB for SI on 01/07/2023 "Patient agitated, anxious and distressed following his being informed he would be placed in ASU secondary to allegations his visitor was attempting to introduce illicit substances to the institution through visiting. Patient made little eye contact, indicated"I hear voices and all that"," I don't know who my clinician is". Patient notes he will kill himself if placed in ASU,"if I go up to AdSeg I am going to kill myself, I know what I am going to do. I don't deserve to be up there". Patient was unable to identify ways of coping or ability to tolerate the current

**Problem List/Past Medical History**
Ongoing
Adult antisocial behavior
Alcohol use disorder, severe, dependence
Diabetes mellitus
Historical
No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Danger to Self IPOC(Initiated) 01/08/2023
13:58
  **Outcomes & Interventions**

---

Report Request ID:    65825605                    Print Date/Time:  2/16/2023 09:36 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CMC - California Men's Colony                                                           P. 3

Patient:        **GOINS, ROBERT ANTHONY**
DOB/Age/Sex:  8/1/1987    / 35 years    / Male              CDCR: BL8291

---

### *Mental Health IDTT MPage Forms*

---

unlikely that the he would function well without inpatient services. MHCB LOC is the appropriate placement at this time. And problems being addressed in treatment include decreasing SI. In efforts to help IP stabilize, psychiatrist made the following recommendations, continue current meds. Additional interventions including the STOP skill was added with the goal to help IP decrease SI and increase his ability to function at a lower LOC. Team made the decision to retain IP at current LOC and grant full issue Q30.

Updated on 01/08/2023 for MHCB Initial Assessment
CDCR#:BL8291
Name: Goins, Robert Anthony
Presenting Problem: Per MHCB intake IP was rehoused to MHCB for SI on 01/07/2023 "Patient agitated, anxious and distressed following his being informed he would be placed in ASU secondary to allegations his visitor was attempting to introduce illicit substances to the institution through visiting. Patient made little eye contact, indicated "I hear voices and all that", " I don't know who my clinician is". Patient notes he will kill himself if placed in ASU, "if I go up to AdSeg I am going to kill myself, I know what I am going to do. I don't deserve to be up there". Patient was unable to identify ways of coping or ability to tolerate the current stressors."

IP consented to a confidential meeting for an initial evaluation that took place in one of the group rooms, psychiatry was also present. IP was alert, oriented, and polite. He presented with adequate hygiene and grooming. He demonstrated consistent eye contact. His speech was normal in rate, tone, and volume. His though processes were organized, logical and linear. No unusual motor activity was noted. There are no MH concerns noted by custody at this time. IP denied VH, HI and no signs of DTO or SSDDMI were apparent. IP endorsed SI without plan and AH, no obvious signs of psychosis were noted during this meeting.

Age: 08/01/1987 (35)
Race: AA
TABE: 04.0; NCF
Controlling Offense: He is currently serving a 18-year 4-month sentence for two counts of Assault with semiautomatic firearm, second striker (SOMS
CDCR Arrival: 03/24/2020
EPRD: 09/27/2031
Level & Points: Level 3 (46 points)

RVR:
IP's last 2 RVRs were on 08/01/2022 for possession of dangerous contraband [serious - guilty as charged - final concluded], and behavior which could lead to violence.  IP has 7 other RVRs in between 05/08/2021 to 06/20/2022 for violations such as possession of alcohol, disobeying an order, disrespect w/out potential for violence, fighting. Currently fighting new RVR for intent to receive drugs through visiting.
Current medications: Naltrexone (alcohol use disorder), Abilify (AH), Remeron (insomnia/ depression)
Current Mental Health Diagnosis:
Alcohol use disorder
Depression, unspecified
Medical: Diabetes melitus

Current Mental Health Symptoms/Treatment:
Patient endorsed increased depression resulting in SI triggered by recent ASU assignment. Patient reported experiencing paranoia and auditory hallucinations that are persecutory in nature. Patient denied history self-injurious bx, suicide attempts, and command auditory hallucinations. He reported no safety concerns at this time and not receiving any bad news recently. Patient stated he has no serious medical conditions that he is aware of at this time.

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CMC - California Men's Colony

P.4

Patient:    **GOINS, ROBERT ANTHONY**
DOB/Age/Sex:  8/1/1987    / 35 years    / Male          CDCR: BL8291

---

## *Mental Health Forms*

---

Diagnoses(Active)

| | |
|---|---|
| Alcohol use disorder, severe, dependence | Date:  1/12/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Alcohol use disorder, severe, dependence ; Classification:  Medical ; Clinical Service: Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  F10.20 |
| Depression | Date:  1/7/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Depression ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  F32.A |
| Diabetes mellitus | Date:  1/12/2023 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Diabetes mellitus ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  E11.9 |

## MHCB Prevention Planning

MHCB Level of Care :  Yes
Most Recent MHCB for Purpose/Reason :  Yes
Patient's MHCB Purpose/Reason :   Per MHCB intake IP was rehoused to MHCB for SI on 01/07/2023 "Patient agitated, anxious and distressed following his being informed he would be placed in ASU secondary to allegations his visitor was attempting to introduce illicit substances to the institution through visiting. Patient made little eye contact, indicated "I hear voices and all that", " I don't know who my clinician is". Patient notes he will kill himself if placed in ASU, "if I go up to AdSeg I am going to kill myself, I know what I am going to do. I don't deserve to be up there".
Patient: Occur from MHCB Admission :   IP would like increase in LOC to EOP.
Patient: Prevention of MHCB Admission :   Officers not being out to get him, specifically to not send him to adesg.
IDTT: Prevetion of MHCB Admission :   Not getting in trouble.
Goals Interventions After MHCB :   Goals: Decrease DTS
Short term goal: No SI in 30 days
Long term goal: IP will not have any SI in the next 90 days.
Group goal: IP will attend 90-100% of group tx offered.
Interventions: Over 90 days PC will teach IP distress tolerance skills during 1:1 beginning with STOP skill aimed at  helping individuals refrain from acting impulsively on their emotions.
-MD will monitor changes in depression symptoms as indicated.

Goals: Depression
Short term goals: IP will have decreased distress from depressed mood evidenced by score decreasing on Level 2 depression scale done monthly beginning next week to identify a base point.
-IP will have no MHCB admits in the next 90 days
Long Term Goals: IP will learn 3 or more distress tolerance skills by next IDTT evident by self-report.
-IP will learn 3 or more mindfulness skills by next IDTT evident by self-report.
Group goal: IP will attend 90-100% of group tx offered.
Intervention: Over 90 days IP will teach IP mindfulness skills during 1:1 beginning with Wise Mind aimed at helping the individual understand his different states of mind and what maybe interfering with his ability to think clearly.
-To decrease reporting SI caused from distress PC will teach/ model distress tolerance skills during 1:1's and provide handouts to support learning of those skills until next IDTT.

---

Report Request ID:    65825605                          Print Date/Time:   2/16/2023 09:36 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# EXHIBIT COVER PAGE

B

EXHIBIT

Description of this Exhibit: MENTAL HEALTH REFERRAL CHRONO Datab$ 3/26/2025 @ at 1915 hrs. Datab & 3/26/2025, at 1745 hrs, [E. Kranz] Suicide watch 7365 CDCR Form

Number of pages to this Exhibit: ___3___ pages.

JURISDICTION:    (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme Court

☒ United States District Court  CENTRAL DISTRICT

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

Patient Name: GOINS, ROBERT ANTHONY
Date of Birth: 8/1/1987

Case 2:25-cv-02168-SB-ACCV  Document 55  Filed 04/07/26  Page 11 of 23  Page ID
#:222

MRN: BL8291
FIN: 1000000811331083BL8291

**\* Auth (Verified) \***

P. 1

STATE OF CALIFORNIA
**MENTAL HEALTH REFERRAL CHRONO**
CDCR 128-MH5 (Rev. 04/21)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Form: Page 1 of 1
Instructions: Page 2

| Section I. Identifying Information and Referral Time-Line |
|---|

Patient's Name: **Goins, Robert**   CDCR Number: **B18291**  Institution: **CMC**  Housing: **4267**

☐ Routine (within 5 working days)

☐ Urgent (within 24 hours)

☑ Emergency (contact Mental Health Services immediately)

☐ Non English speaking language

☐ PREA Emergency: PREA Sexual Abuse Allegation Report WITH SART/SANE exam
Date &Time patient returns from/declines SART/SANE exam: _____
(MH contact within 4 hours)

☐ PREA Urgent: PREA Sexual Abuse Allegation Report WITH NO SART/SANE exam
Date & Time of PREA Allegation Received: _____
(MH contact within 24 hours of receipt of the CDCR 128-MH5)

☐ PREA Consult Routine: (MH contact within 14 calendar days)
Date of Custody PREA Screening: _____
Referral for:  ☐ Victimization History
☐ Abusiveness History

☐ PREA Perpetrator Evaluation: (MH contact within 60 calendar days)
Date PREA Allegation Substantiated: _____

| Section II. Reason for Referral |
|---|

REASON FOR REFERRAL: (Check the primary reason(s) and give an example or describe below under "Other.")

☐ History of psychiatric care needs re-assessment
☑ Expresses suicidal ideation or recent attempts (Emergency)
☐ Incapable of caring for self/poor grooming
☐ Confused/disoriented/withdrawn
☐ Hostile/assaultive/poor self-control
☐ Taken advantage of by other inmates
☐ Poor attention span/difficulty following directions
☐ Other/Additional (Describe): _____

☐ Need psychotropic medication review
☐ Exhibits bizarre behavior (Describe below)
☐ Poor appetite/sad/fearful/nervous
☐ Unpredictable/bothers others
☐ Hears things/see things/imagines things
☐ Insomnia/sleeps too much
☐ DDP Consult/re-evaluation

| Section III. Referring Party |
|---|

Referred by: _____**J. RMO**_____  **c/o**  _____  Phone/Ext _____  Date: **3-26-23**  Time: **1915**
            Print Name          Title

1/26/23 2001 Contact to Dr. Yang. Orders revd for AMH SW 1:1 E Safety Issues
\* Once complete, submit to Mental Health Services.                                              C Pharmacist

| Section IV. Mental Health Use Only |
|---|

Received in Mental Health Services by: _____  Date: _____  Time: _____
                                       Print Name

Assigned to: _____
            Print Name

For triaging clinician(s) only (usually a supervisor): This was a referral for   ☐ MHSDS   ☐ DDP   ☐ PREA

DISTRIBUTION: Scan into EHRS, copy in C-file, copy to patient.
SCANNING LOCATION: Scan into EHRS, copy in C-file
EHRS LOCATION: Scan into CDCR MH5- Mental Health Referral > Grouper: MH Documentation > Sub Grouper: MH5 > Document Type- MH5
Unauthorized collection, creation, use, disclosure, modification, or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

Facility: CMC

Patient Name: GOINS, ROBERT ANTHONY
Date of Birth: 8/1/1987
Case 2:25-cv-02168-SB-ACCV    Document 55    Filed 04/07/26    Page 12 of 23    Page ID
#:223
MRN: BL8291
FIN: 10000000811331083BL8291

* Auth (Verified) *

P.2

STATE OF CALIFORNIA
SUICIDE WATCH / SUICIDE PRECAUTION RECORD
CDCR 7365 (REV. 07/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF CORRECTIONAL HEALTH CARE SERVICES

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### SUICIDE WATCH / SUICIDE PRECAUTION RECORD

**Check Only One Box:**

| ☒ Suicide Watch | ☐ Suicide Precaution |
|---|---|
| CONTINUOUS VISUAL OBSERVATION - ENTRY EVERY 15 MINUTES DESCRIBING PATIENT'S BEHAVIOUR | STAGGERED ENTRIES NOT TO EXCEED 15 MINUTE STAFF CHECKS – ENTRIES NO LESS THAN FIVE PER HOUR |

| Date: 3·26·23 | Patient Name: Goins, Robert | CDC #: BL 8291 |
|---|---|---|
| Institution: CMC - East | Housing Unit: 710b | |
| Date/Time Started: 3·26·23 / 2015 | | DOB: 8·1·1987 |
| Date/Time Discontinued: 3·27·23 @ 0932 | Ordered By: DiHavelli | |
| | Discontinued By: Kranz | |

**CODE -Location Description or Cell number:**

| (1) MHCB Mental Health Crisis bed | (2) OHU Outpatient Housing Unit | (3) MH- OHU Outpatient Housing Unit | (4) Other Housing cell Cell regularly used for inmate housing in ASU,SHU or GP | (5) Wet Holding Cell Cell that contains (toilet, sink, or both) | (6) Other Holding cell-Temporary holding cell (give location) # |
|---|---|---|---|---|---|

**Activity List:** Place the appropriate observed behavior / activity number in the "Activity" column below.

| | | | | |
|---|---|---|---|---|
| 1. Asleep, breathing | 6. Disrobing | 11. Meal served - % eaten | 16. Singing | 21. Withdrawn |
| 2. Bathroom | 7. Eating | 12. Medications given | 17. Standing | 22. Yelling/screaming |
| 3. Beating door | 8. Fluid served - amount | 13. Mumbling/incoherent | 18. Talking Quiet | 23. Other (describe) |
| 4. Crying | 9. Laughing | 14. Position changed | 19. Threatening | 24. Other (describe) |
| 5. Cursing | 10. Lying/sitting on floor | 15. Quiet | 20. Up walking | 25. Other (describe) |

| TIME | CODE | ACTIVITY | INITIAL | TIME | CODE | ACTIVITY | INITIAL | TIME | CODE | ACTIVITY | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | | 2 | JR | | | | | | | | |
| 2030 | | 17 | JR | | | | | | | | |
| 2045 | | 1 | JR | | | | | | | | |
| 2100 | | 1 | JR | | | | | | | | |
| 2115 | | 1 | JR | | | | | | | | |
| 2130 | | 1 | JM | | | | | | | | |
| 2200 | | 1 | JM | | | | | | | | |

RECEIVED

APR 03 2023

HIM DEPT.

**Identification of staff performing checks**

| Name (Print) | Initials | Classification | Name (Print), Title | Initials | Classification |
|---|---|---|---|---|---|
| J. Reno | JR | ☐ Clinical ☒ Custody | | | ☐ Clinical ☐ Custody |
| J. Martinez | JM | ☐ Clinical ☒ Custody | | | ☐ Clinical ☐ Custody |
| | | ☐ Clinical ☐ Custody | | | ☐ Clinical ☐ Custody |
| | | ☐ Clinical ☐ Custody | | | ☐ Clinical ☐ Custody |

Page 1 of 2

Facility: CMC

**\* Auth (Verified) \***

P.3

STATE OF CALIFORNIA
**MENTAL HEALTH REFERRAL CHRONO**
CDCR 128- MH5 (Rev. 04/21)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Form: Page 1 of 1
Instructions: Page 2

## Section I: Identifying Information and Referral Time-Line

Patient's Name: **Goins, Robert**   CDCR Number: **BL8291**   Institution: **CMC**   Housing: **4267**

☐ Routine (within 5 working days)

☐ Urgent (within 24 hours)

☑ Emergency (contact Mental Health Services immediately)

☐ Non English speaking language

☐ PREA Emergency: PREA Sexual Abuse Allegation Report WITH SART/SANE exam
Date &Time patient returns from/declines SART/SANE exam: _____
(MH contact within 4 hours)

☐ PREA Urgent: PREA Sexual Abuse Allegation Report WITH NO SART/SANE exam
Date & Time of PREA Allegation Received: _____
(MH contact within 24 hours of receipt of the CDCR 128-MH5)

☐ PREA Consult Routine: (MH contact within 14 calendar days)
Date of Custody PREA Screening: _____
Referral for:   ☐ Victimization History
   ☐ Abusiveness History

☐ PREA Perpetrator Evaluation: (MH contact within 60 calendar days)
Date PREA Allegation Substantiated: _____

## Section II: Reason for Referral

REASON FOR REFERRAL: (Check the primary reason(s) and give an example or describe below under "Other.")

☐ History of psychiatric care needs re-assessment
☑ Expresses suicidal ideation or recent attempts (Emergency)
☐ Incapable of caring for self/poor grooming
☐ Confused/disoriented/withdrawn
☐ Hostile/assaultive/poor self-control
☐ Taken advantage of by other inmates
☐ Poor attention span/difficulty following directions
☐ Other/Additional (Describe): _____

☐ Need psychotropic medication review
☐ Exhibits bizarre behavior (Describe below)
☐ Poor appetite/sad/fearful/nervous
☐ Unpredictable/bothers others
☐ Hears things/see things/imagines things
☐ Insomnia/sleeps too much
☐ DDP Consult/re-evaluation

## Section III: Referring Party

Referred by: **J.RMO**   Title: **c/o**   Phone/Ext: **1818**   Date: **3-26-23**   Time: **1745**
_Print Name_

\* Once complete, submit to Mental Health Services.

## Section IV: Mental Health Use Only

Received in Mental Health Services by: **S. KRANZ**   Date: **3/26/23**   Time: **1745**
_Print Name_

Assigned to: **S. KRANZ**
_Print Name_

For triaging clinician(s) only (usually a supervisor): This was a referral for   ☑ MHSDS   ☐ DDP   ☐ PREA

DISTRIBUTION: Scan into EHRS, copy in C-file, copy to patient.
SCANNING LOCATION: Scan into EHRS, copy in C-file
EHRS LOCATION: Scan into CDCR MH5- Mental Health Referral > Grouper: MH Documentation > Sub Grouper: MH5 > Document Type- MH5
Unauthorized collection, creation, use, disclosure, modification, or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

Facility: CMC

# EXHIBIT COVER PAGE

$\boxed{C}$

EXHIBIT

Description of this Exhibit: *Specialty Consult Physical Therapy 1/4 — 3/4 — 4/4 —*

Number of pages to this Exhibit: ___6___ pages.

JURISDICTION:   (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court *Central District*
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

CMC - California Men's Colony

| | |
|---|---|
| Patient: | **GOINS, ROBERT ANTHONY** |
| DOB/Age/Birth Gender: | 8/1/1987  /  37 years  /  Male    CDCR: BL8291 |

---

### *Progress Notes*

---

Electronically Signed on 07/06/2023 10:57 AM PDT

---

Hall, Leonard PT, PT

Modified by: Hall, Leonard PT, PT on 07/06/2023 10:48 AM PDT

Modified by: Hall, Leonard PT, PT on 07/06/2023 10:48 AM PDT

Modified by: Hall, Leonard PT, PT on 07/06/2023 10:49 AM PDT

Modified by: Hall, Leonard PT, PT on 07/06/2023 10:57 AM PDT

---

| | |
|---|---|
| Document Type: | Physical Therapy Progress Note |
| Document Subject: | 1/4 |
| Service Date/Time: | 6/29/2023 09:01 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Hall,Leonard PT (6/29/2023 09:02 PDT) |
| Sign Information: | Hall,Leonard PT (6/29/2023 10:59 PDT) |
| Authentication Information: | [Hall,Leonard PT; Hall,Leonard PT (6/29/2023 10:59 PDT)]; Hall,Leonard PT (6/29/2023 10:53 PDT); Hall,Leonard PT (6/29/2023 10:34 PDT); Hall,Leonard PT (6/29/2023 10:17 PDT); Hall,Leonard PT (6/29/2023 10:07 PDT); Hall,Leonard PT (6/29/2023 10:01 PDT) |

**Encounter Info:** Patient Name: ROBERT GOINS,DOB: 08/01/1987,CDCR: BL8291,FIN: 10000000811331083BL8291,Facility: CMC,Encounter Type: Institutional Encounter

## SPECIALTY CONSULT PHYSICAL THERPY Treatment 1/4

Reason for Consult:  Cervical pain

History:  35 year old I/P presents with the chief complaint of cervical pain.  I/P attempted suicide on 3/26/2023 by hanging. Subsequently I/P has had numbness with pins-and-needles in the posterior neck area as well as some weakness in the left upper extremity.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

CMC - California Men's Colony

| | |
|---|---|
| Patient: | **GOINS, ROBERT ANTHONY** |
| DOB/Age/Birth Gender: | 8/1/1987   /   37 years   /   Male |

CDCR: BL8291

## *Progress Notes*

ROM:  Cervical ROM is restricted in rotation and side bending to the right

Other Musculoskeletal History:  Seen in physical therapy for left shoulder pain in 2021.

Work Duties:  Education

Current Housing Restrictions/Accomodations:  None currently listed in the EUHR

**Diagnostic Studies:**

PCP Consult 05/24/23:  Neurogenic thoracic outlet syndrome of left brachial plexus.  Occipital neuralgia of left side

PM&R Consult on 05/02/23:  left occipital neuralgia secondary to stretch injury is well as thoracic outlet syndrome secondary to probable ligamentous strain in the cervical spine as well as muscle strain due to hanging event.

X-ray Studies Cervical spine:  Service Date:  04/05/2023

CLINICAL INDICATION: neck pain after hanging attempt
COMPARISON: 4/9/2021
IMPRESSION: NO ACUTE OSSEOUS ABNORMALITY.

**Objective Findings:**

Visual Inspection:   Forward head protracted scapulae

Palpation:  Tender to palpation over the scalene muscles on the left

ROM:  Cervical rotation restricted in side bending and rotation to the left

Strength:  Upper extremity strength is 5/5 for all muscle groups tested.   Today I/P demonstrates left serratus strength 4-/5

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  97259399                          Print Date/Time:  5/6/2025 15:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**CMC - California Men's Colony**

Patient:                     **GOINS, ROBERT ANTHONY**
DOB/Age/Birth Gender:     8/1/1987   /   37 years    /    Male          CDCR: BL8291

---

## *Progress Notes*

**Special Tests:**    Previously tested Adson's test positive on the left


**Treatment:**  Arrives 20 minutes late for appointment.  Seen today for cervical traction at 15 lbs x 10 minutes.  Continue with independent diaphramatic breathing exercises in cell.  Dispensed postural exercises against wall with scapular retraction.

**Assessment:** Signs and symptoms of left thoracic outlet syndrome with an upper crossed syndrome.

**Plan:** Physical Therapy  1  x per week x 4 weeks for range of motion, posture correction a trial of Edgelow exercises.

Electronically Signed on 07/13/2023 11:04 AM PDT

---

Hall, Leonard PT, PT


Modified by: Hall, Leonard PT, PT on 07/13/2023 10:26 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 10:36 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 10:36 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 10:37 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 10:50 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 10:50 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 10:58 AM PDT

Modified by: Hall, Leonard PT, PT on 07/13/2023 11:04 AM PDT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  97259399                          Print Date/Time:  5/6/2025 15:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

P. 4

CMC - California Men's Colony

Patient:              **GOINS, ROBERT ANTHONY**
DOB/Age/Birth Gender:    8/1/1987  /  37 years  /  Male          CDCR: BL8291

---

### *Progress Notes*

---

**Plan:** D/C physical therapy the patient will return to his PCP for f/u and medical management plan.

Electronically Signed on 07/20/2023 10:31 AM PDT

---

Hall, Leonard PT, PT

Modified by: Hall, Leonard PT, PT on 07/20/2023 09:57 AM PDT

Modified by: Hall, Leonard PT, PT on 07/20/2023 10:31 AM PDT

---

| | |
|---|---|
| Document Type: | Physical Therapy Progress Note |
| Document Subject: | 3/4 |
| Service Date/Time: | 7/13/2023 09:34 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Hall,Leonard PT (7/13/2023 09:34 PDT) |
| Sign Information: | Hall,Leonard PT (7/13/2023 11:04 PDT) |
| Authentication Information: | [Hall,Leonard PT; Hall,Leonard PT (7/13/2023 11:04 PDT)]; Hall,Leonard PT (7/13/2023 10:58 PDT); Hall,Leonard PT (7/13/2023 10:50 PDT); Hall,Leonard PT (7/13/2023 10:50 PDT); Hall,Leonard PT (7/13/2023 10:37 PDT); Hall,Leonard PT (7/13/2023 10:36 PDT); Hall,Leonard PT (7/13/2023 10:36 PDT); Hall,Leonard PT (7/13/2023 10:26 PDT) |

**Encounter Info:** Patient Name: ROBERT GOINS,DOB: 08/01/1987,CDCR: BL8291,FIN: 10000000811331083BL8291,Facility: CMC,Encounter Type:
Institutional Encounter

## SPECIALTY CONSULT PHYSICAL THERPY Treatment 3/4

Reason for Consult:  Cervical pain

History:  35 year old I/P presents with the chief complaint of cervical pain.  I/P attempted suicide on 3/26/2023 by hanging. Subsequently I/P has had numbness with pins-and-needles in the posterior neck area as well as some weakness in the left upper extremity.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  97259399                                    Print Date/Time:  5/6/2025 15:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

P.5

**CMC - California Men's Colony**

Patient:              GOINS, ROBERT ANTHONY
DOB/Age/Birth Gender:    8/1/1987   /   37 years   /   Male          CDCR: BL8291

---

## Progress Notes

ROM:  Cervical ROM is restricted in rotation and side bending to the right

Other Musculoskeletal History:  Seen in physical therapy for left shoulder pain in 2021.

Work Duties:  Education

Current Housing Restrictions/Accomodations:  None currently listed in the EUHR

**Diagnostic Studies:**

PCP Consult 05/24/23:  Neurogenic thoracic outlet syndrome of left brachial plexus.  Occipital neuralgia of left side

PM&R Consult on 05/02/23:  left occipital neuralgia secondary to stretch injury is well as thoracic outlet syndrome secondary to probable ligamentous strain in the cervical spine as well as muscle strain due to hanging event.

X-ray Studies Cervical spine:  Service Date:  04/05/2023

CLINICAL INDICATION: neck pain after hanging attempt
COMPARISON: 4/9/2021
IMPRESSION: NO ACUTE OSSEOUS ABNORMALITY.

**Objective Findings:**

Visual Inspection:  Forward head protracted scapulae

Palpation:  Tender to palpation over the scalene muscles on the left

ROM:  Cervical rotation restricted in side bending and rotation to the left

Strength:  Upper extremity strength is 5/5 for all muscle groups tested.   Today I/P demonstrates left serratus strength 4-/5

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  97259399                                    Print Date/Time:  5/6/2025 15:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CMC - California Men's Colony

Patient:                    **GOINS, ROBERT ANTHONY**
DOB/Age/Birth Gender:    8/1/1987   /   37 years   /   Male        CDCR: BL8291

---

*Progress Notes*

---

Electronically Signed on 01/30/2023 09:56 PM PST

Rodriguez, Monica RN, RN

---

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Physical Therapy Progress Note
4/4
7/20/2023 09:56 PDT
Auth (Verified)
Hall,Leonard PT (7/20/2023 09:57 PDT)
Hall,Leonard PT (7/20/2023 10:31 PDT)
[Hall,Leonard PT; Hall,Leonard PT (7/20/2023 10:31 PDT)];
Hall,Leonard PT (7/20/2023 09:57 PDT)

**Encounter Info:** Patient Name: ROBERT GOINS,DOB: 08/01/1987,CDCR: BL8291,FIN: 10000000811331083BL8291,Facility: CMC,Encounter Type:
Institutional Encounter

## SPECIALTY CONSULT PHYSICAL THERPY Treatment 4/4

Reason for Consult:  Cervical pain

History:  35 year old I/P presents with improved complaint of cervical pain.  I/P attempted suicide on 3/26/2023 by hanging. Subsequently I/P has had numbness with pins-and-needles in the posterior neck area as well as some weakness in the left upper extremity.

ROM:  Cervical ROM is restricted in rotation and side bending to the right

Other Musculoskeletal History:  Seen in physical therapy for left shoulder pain in 2021.

Work Duties:  Education

Current Housing Restrictions/Accomodations:  None currently listed in the EUHR

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  97259399                                    Print Date/Time:  5/6/2025 15:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CMC - California Men's Colony

Patient:          **GOINS, ROBERT ANTHONY**
DOB/Age/Birth Gender:   8/1/1987   /   37 years   /   Male          CDCR: BL8291

---

## *Progress Notes*

## Diagnostic Studies:

PCP Consult 05/24/23:  Neurogenic thoracic outlet syndrome of left brachial plexus.  Occipital neuralgia of left side

PM&R Consult on 05/02/23:  left occipital neuralgia secondary to stretch injury is well as thoracic outlet syndrome secondary to probable ligamentous strain in the cervical spine as well as muscle strain due to hanging event.

X-ray Studies Cervical spine:  Service Date:  04/05/2023

CLINICAL INDICATION: neck pain after hanging attempt
COMPARISON: 4/9/2021
IMPRESSION: NO ACUTE OSSEOUS ABNORMALITY.

## Objective Findings:

Visual Inspection:   Forward head protracted scapulae

Palpation:  Tender to palpation over the scalene muscles on the left

ROM:  Cervical rotation restricted in side bending and rotation to the left

Strength:  Upper extremity strength is 5/5 for all muscle groups tested.   Today I/P demonstrates left serratus strength 5/5

**Special Tests:**    Previously tested Adson's test is now negative on the left

**Treatment:**  Seen today for cervical traction at 15 lbs x 20 minutes.  Continue with independent diaphramatic breathing exercises in cell.  Dispensed postural exercises against wall with scapular retraction.

**Assessment:**  Improved signs and symptoms of left thoracic outlet syndrome with an upper crossed syndrome.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  97259399                              Print Date/Time:  5/6/2025 15:13 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

California MENS Colony
Robert A. Goins BL-8991
P.O. Box 8101
San Luis Obispo, CA. 93409

ACCV

United States District Court
For The Central District of California

OFFICE OF THE CLERK

255 EAST Temple Street
RM. 180

Los Angeles, CA. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 7 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

In Signit
L Agel
matir



R. CABUCOTAN          3/29/26