CALIFORNIA MENS COLONY

ROBERT A.GOINS BL-8991

P.O.Box 8101

San Luis Obispo,Ca.93409

FILED
CLERK, U.S. DISTRICT COURT
APR — 7 2026
rec
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Case No.:

25-cv-02168-SB-ACCV

ROBERT GOINS, )

Plaintiff, )

v. )

E.Kranz,et al., )

Defendants. )

----------------

DECLARATION OF ROBERT GOINS IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE LIMITED PURPOSE APPOINTMENT OF COUNSEL

I,ROBERT GOINS,Declare;

1.) I am the Plaintiff in this matter;Goins v.Kranz,25-cv-02168; I am over the age of eighteen,and I have personal knowledge of the facts stated in this declaration.If called to testify,I could do so competently as to these facts.

2.) In March 2023;while housed at the Restrictive Housing Unit, at the California Mens Colony;I began experiencing suicidal ideations.

3.) The medication prescribed by the mental health care personnel at C.M.C.;entailed a rare side effect that was known to cause a significant increase risk of suicidal thinking and behaviors.

4.) I was prescibed 'Naltrexone' for my substance abuse disorder.

5.) This medication is known to cause an increased risk of suicidal thinking and behaviors.

6.) On March 26,2023;I attempted to commit suicide inside my assigned housing unit,at the RHU Facility,at C.M.C.

7.) I attempted to hang myself,on 3/26/2023;after being denied Crisis Intervention Treatment.

(1)

8.) Soon after this attempted suicide the mental health care personnel discontinued this prescribed medication,'Naltrexone'.

9.) I,filed a Prisoner Complaint 28 U.S.C. 1983;on March 19,2025; against Doctor Eugene Kranz,and Supervisor Doctor Elizabeth Heidler; for violating my 8th Amendment Right to adequate mental health treatment.

10.) I experience auditory hallucinations frequently;and currently take the medication 'Abilify',to lessen the frequency of the auditory hallucinations.

11.) I have a diagnosis of 'Major Depressive Disorder',and currenly take the medication 'Wellbuterin',to lessen the effects of the severe mood swings I experience.

12.) I've been prescribed the medication 'Naprosyn',for pain from the injury I sustained from the suicide attempt on 3/26/2023.

13.) I have a diagnosis of 'Severe Alcohol use Disorder'.

14.) I have a difficult time organizing my thoughts in a clear and concise manner.

15.) Inmate Kevin McClellen Av-5922;is/was totally responsible for filing any and all petitions;motions;and/or other papers thus far in this matter.

16.) Inmate McClellen has since paroled.

17.) I do not have the resources enough to retain counsel to assit me in these proceedings.

18.) I will need help in order to conduct meaningful discovery requests under Rule 33;Rule 34;Rule 36;Rule 30;and prepare for trial,and summary judgement proceedings moving forward.

19.) There exists a high degree of success at trial proceedings for my issues if I can be given a'limited Purpose' Appointment of Counsel to conduct ameaningful discovery proceeding.

20.) These proceedings entail complex issues that will overwhelm a pro se litigant such as myself.

I,declare under penalty of perjury,under the laws of the United States of America,that the forgoing is true and correct.

Executed this 29th day of March 2026;at the California Mens Colony, San Luis Obispo,Ca.93409

RESPECTFULLY
SUBMITTED,

(2)



California Mens Colony
Robert A. Goins BL-8291
P.O. Box 8101
San Luis Obispo, CA. 93409

ACCV

United States District Court
for the Central District of California

Office of the Clerk

255 East Temple Street
Rm. 180

Los Angeles, CA. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 7 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

R.CABUCOTAN     3/29/26