ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5166
  Fax:  (916) 732-7920
  E-mail:  Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants*
*E. Heidler and E.  Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,** | 2:25-cv-02168-SB-ACCV |
| Plaintiff, | **DEFENDANTS' SECOND STATUS UPDATE REGARDING DISPUTE OVER PLAINTIFF'S DEPOSITION** |
| **v.** | |
| **E. KRANZ, et al.,** | Judge:          Hon. Angela C. C. Viramontes |
| Defendants. | Action Filed: 3/10/2025 |

Plaintiff Robert Anthony Goins, an incarcerated person who is proceeding *pro se*, brings this civil rights action against Defendants E. Kranz and E. Heidler pursuant to 42 U.S.C. § 1983.  (Dkt. Nos. 1, 32.)  Defendants provide this second status update regarding the parties' dispute over Plaintiff's deposition.

Defendants noticed Plaintiff's deposition for February 12, 2026, at 9:00 A.M.[1] (Dkt. No. 58-1 at 2 (¶ 2).)  During the deposition, Plaintiff moved to terminate the

---

[1] The background to this dispute is detailed in Defendants' counsel's email to Chambers dated February 12, 2026, which was sent pursuant to the Court's Procedures, and Defendants' pending *Ex Parte* Application with its attached proposed motion to compel.  *See* Dkt. Nos. 58 at 2–4; Doc. No. 58-1 at 8–10.

1

deposition under Federal Rule of Civil Procedure 39(d)(3)—pointing to "bad faith" regarding his inability to have the support person accompany him in the deposition room. (*Id.* at 2 (¶ 3).) Later that day, Defendants' counsel emailed Chambers to request a Pre-Motion Discovery Dispute Conference and detailed the nature of the dispute and the parties' positions on the dispute. (*Id.* at 2 (¶ 3).) The Court then held two Pre-Motion Discovery Dispute Conferences to address the deposition dispute. (*See* Dkt. Nos. 49, 53.)

The Court has not yet provided leave for Defendants to file a motion to compel. *See* Viramontes Chambers Rules (Discovery Motion Practice); Dkt. No. 58. And Plaintiff has not filed a motion to terminate or limit the deposition under Rule 30(d)(3). (*See* Dkt.) Defendants' *Ex Parte* Application to Request Leave to File Motion to Compel is pending before the Court. (Dkt. No. 58.)

Given the current lack of leave to move to compel Plaintiff's deposition and to further show diligence to preserve their discovery rights to depose Plaintiff before the deposition cutoff deadline, Defendants have cancelled Plaintiff's deposition, which was set for May 7, 2026 at 1:00 P.M., and are concurrently serving a deposition notice on Plaintiff with a deposition date of May 29, 2026 at 1:00 P.M. (Dkt. No. 58-1 at 2 (¶ 5); Declaration of Macklin W. Thornton in Support of Defendants' Second Status Update Regarding Dispute Over Plaintiff's Deposition (Thornton Decl.) ¶ 2.)

Dated: May 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

*/s/ Macklin Thornton*
MACKLIN THORNTON
Deputy Attorney General
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

LA2025400772

2