ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5166
  Fax:  (916) 732-7920
  E-mail:  Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,**<br><br>Plaintiff,<br><br>v.<br><br>**E. KRANZ, et al.,**<br><br>Defendants. | 2:25-cv-02168-SB-ACCV<br><br>**DECLARATION OF MACKLIN W. THORNTON IN SUPPORT OF DEFENDANTS' SECOND STATUS UPDATE REGARDING DISPUTE OVER PLAINTIFF'S DEPOSITION**<br><br>Judge:        Hon. Angela C. C. Viramontes<br>Action Filed: 3/10/2025 |

I, Macklin W. Thornton, declare:

1.    I am a Deputy Attorney General in the Correctional Law Section of the California Attorney General's Office, counsel of record for Defendants E. Kranz and E. Heidler in this action.  I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so.  I submit this declaration in support of Defendants' Second Status Update Regarding Dispute Over Plaintiff's Deposition.

2.    Given the current lack of leave to move to compel Plaintiff's deposition and to further show diligence to preserve Defendants' discovery rights to depose

Plaintiff before the deposition cutoff deadline, my office has cancelled Plaintiff's deposition, which was set for May 7, 2026 at 1:00 P.M, and is concurrently serving a deposition notice on Plaintiff with a deposition date of May 29, 2026 at 1:00 P.M.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on May 6, 2026 in San Diego, California.

*/s/ Macklin Thornton*
MACKLIN THORNTON
Deputy Attorney General