ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone:  (619) 321-5166
 Fax:  (916) 732-7920
 E-mail:  Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants
E. Heidler and E. Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**E. KRANZ, et al.,**<br><br>Defendants. | 2:25-cv-02168-SB-ACCV<br><br>**DEFENDANTS' FIRST *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>[*No Oral Argument Requested*]<br><br>Judge:        Hon. Angela C. C. Viramontes<br>Action Filed: 3/10/2025 |

**TO THE COURT AND PLAINTIFF ROBERT ANTHONY GOINS, *PRO SE*:**

**PLEASE TAKE NOTICE** that Defendants E. Kranz and E. Heidler move *ex parte* to file documents under seal in support of their motion for summary judgment pursuant to Local Rule 79-5.

**PLEASE TAKE FURTHER NOTICE** that oral argument has not been requested, and the Court will submit this application on the record pursuant to Federal Rule of Civil Procedure 78(b), Civil Local Rule 7-15.

**PLEASE TAKE FURTHER NOTICE** that this application, the supporting

1

memorandum of points and authorities, and the declaration of Defendants' counsel and its accompanying exhibit, a proposed order, the Court's files in this matter, and any other matters that may properly come before this Court.

Dated: July 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

*/s/ Macklin Thornton*
MACKLIN THORNTON
Deputy Attorney General
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

LA2025400772

2