ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 321-5166
 Fax: (916) 732-7920
 E-mail: Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,**<br><br>                                    Plaintiff,<br><br>        **v.**<br><br>**E. KRANZ, et al.,**<br><br>                                    Defendants. | 2:25-cv-02168-SB-ACCV<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[*Per Dkt. No. 39, no hearing date will be set*]<br><br>Judge:          Hon. Angela Catherine Claire Viramontes<br>Action Filed: 3/10/2025 |

**TO THE COURT AND PLAINTIFF ROBERT ANTHONY GOINS,**

*PRO SE***:**

   **PLEASE TAKE NOTICE** that Defendants E. Kranz and E. Heidler move

for summary judgment in his favor pursuant to Federal Rule of Civil Procedure 56

on the grounds that (1) Defendants did not violate Plaintiff's constitutional rights,

and (2) Defendants are entitled to qualified immunity from suit.

   **PLEASE TAKE FURTHER NOTICE** that any opposition to this motion

must be filed within 30 days after service of this motion.  Dkt. No. 39 at 5.

   **PLEASE TAKE FURTHER NOTICE** that oral argument has not been

1

requested, and the Court will submit this motion on the record pursuant to Federal Rule of Civil Procedure 78(b), Civil Local Rule 7-15, and Dkt. No. 39 at 4–5.

**PLEASE TAKE FURTHER NOTICE** that this notice of motion and motion for summary judgment, the *Rand* Notice, the supporting memorandum of points and authorities, the statement of uncontroverted facts, the supporting declarations and their accompanying exhibits, the Court's files in this matter, and any other matters that may properly come before this Court.

Dated: July 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

*/s/ Macklin Thornton*
MACKLIN THORNTON
Deputy Attorney General
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

LA2025400772

2