ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MACKLIN THORNTON
Deputy Attorney General
State Bar No. 327927
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5166
  Fax:  (916) 732-7920
  E-mail:  Macklin.Thornton@doj.ca.gov
*Attorneys for Defendants*
*E. Heidler and E. Kranz*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT ANTHONY GOINS,** | 2:25-cv-02168-SB-ACCV |
| Plaintiff, | **DECLARATION OF E. KRANZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **E. KRANZ, et al.,** | **EXHIBITS 1 - 2** |
| Defendants. | **Vol. 1 of 2** |

1

# EXHIBIT 1

**California Men's Colony**
**San Luis Obispo**                                                                                  **August 2022**

### I.   PROCEDURE NUMBER AND TITLE

Operational Procedure No.3043 **– Crisis Intervention Team**

### II.   PURPOSE AND OBJECTIVES

California Men's Colony (CMC) shall establish a procedure for Crisis Mental Health Response. The Crisis Intervention Team (CIT) is an interdisciplinary team, to include a mental health clinician, nursing staff (Supervising Registered Nurse, Unit Supervisor, Senior Psychiatric Technician, or Registered Nurse; a Psychiatric Technician may attend with an RN, Supervising Registered Nurse II, or  Senior Psychiatric Technician/Unit Supervisor), and custody supervisory staff, in consultation with the psychiatrist, that provides responsive crisis intervention strategies directed toward resolving patient crises. Resolving crises by identifying root causes of the patient's concerns serves to improve the care provided to the patient in crisis, and allows assessment of the crisis physically closer to the source of the stressor.  Prompt attention to potential crisis issues also allows staff to work with the patient to address concerns that could lead to self-harm or suicidal behavior. The interdisciplinary model of the CIT improves the collaboration and partnership of the disciplines to meet the needs of the patients.

To be in compliance with this policy, the following expectations shall be met:

1.  The CIT sees each patient in-person, in a confidential setting, together as a team, and as close to the patient's housing unit as possible.

2.  A Mental Health emergent consult/referral is completed within four hours.

3.  Clinical evaluation and outcome are documented in the health record as soon as possible and no later than the end of the workday.

4.  CIT members receive headquarters approved, standardized CIT training conducted by local Training for Trainers (T4T) staff.

5.  Performance metrics associated with mental health crises are monitored by the institution Suicide Prevention and Response - Focused Improvement Team (SPRFIT) Subcommittee, monthly and presented to the local Mental Health Program Subcommittee (MHPS) as appropriate.

6.  The Mental Health CIT Powerform is completed.

7.  The Nursing CIT Powerform is completed.

8.  A Suicide Risk Assessment and Self Harm Evaluation (SRASHE) is completed according to policy, when appropriate.

### III.   REFERENCES

- Mental Health Services Delivery System Program Guide, Chapter 10, Suicide Prevention and Response (2009)
- Health Care Department Operations Manual, Chapter 3, Article 7, Emergency Medical Response
- California Code of Regulations, Title 15, Section 3365, Suicide Prevention and Response
- California Men's Colony Local Operating Procedure 10-0014 Mental Health Referrals
- Operational Procedure 3023 Emergency Medical Response System/Suicide Prevention and Response
- Mental Health Services Volume 12, Chapter 1: 12.01.700 Crisis Intervention Teams, effective date 7/8/2021.

EX. 1-1

**California Men's Colony**
**OP 3043 - Crisis Intervention Team**                                    **8-2022**

- [Mental Health Crisis Bed: Referral Procedure 12.05.200.P1](#)
- [Documentation Required for Referral to Mental Health Crisis Bed Policy 12.05.601](#)

## IV.    APPROVAL AND REVIEW

This procedure shall be reviewed and updated annually by the Associate Warden (AW) Health Care Operations, the Chief Nurse Executive (CNE) and the Chief of Mental Health (CMH). This annual review shall include an update of the Operational Procedures to align with the modifications in the California Department of Corrections and Rehabilitation (CDCR) Mental Health Services Delivery System Program Guide and Inmate Medical Services Policies and Procedures when needed. After approval by Mental Health Program Subcommittee, the procedure shall be forwarded to the Warden and Chief Executive Officer (CEO) for review and approval.

## V.    RESPONSIBILITY

Statewide: CDCR and California Correctional Health Care Services departmental leadership at all levels and within the scope of their authority, shall ensure administrative, custodial, and clinical systems are in place and appropriate tools, training, technical assistance, and levels of resources are available so that health care staff can successfully implement the CIT at designated institutions. The Statewide SPRFIT Program Subcommittee is responsible for providing oversight of the CIT and identifying and communicating related data and trends. The Statewide SPRFIT Subcommittee is responsible for determining needs based upon emergent referral patterns and rates of Mental Health Crisis Bed (MHCB) rescissions.

Regional: Suicide Prevention Coordinators assigned to each region shall be responsible for implementation of this policy within an assigned region, providing ongoing support and monitoring to ensure implementation of the CIT and use data and trends to identify and take action to mitigate mental health risks within an individual institution or across a region.
Institutional: The Chief Executive Officer and Warden at designated institutions is responsible for implementation of this policy at the institution level. The CIT Supervisor/Correctional Treatment Center (CTC) Mental Health Crisis Bed (MHCB) Clinical Director will be responsible for the supervision of the CIT.Institution leadership teams shall ensure that the Institution SPRFIT Subcommittee monitors utilization and effectiveness of the CIT, and use data and trends to identify and take action to mitigate patient safety risks related to this process.

## VI.    DEFINITIONS

- **Crisis**- A sudden or rapid onset or exacerbation of symptoms of mental illness, which may include suicidality or other aberrant behavior, and which requires immediate intervention. While behaviors that represent an imminent danger certainly indicate the need for some sort of an emergency response, these behaviors may well be the culmination of a crisis episode, rather than the episode in its entirety. Situations involving mental health crisis may follow trajectories that include intense feelings of personal distress (e.g., anxiety, depression, anger, panic, hopelessness), obvious changes in functioning (e.g., neglect of personal hygiene, unusual behavior), and may be precipitated by catastrophic life events (e.g., disruptions in personal relationships, support systems or living arrangements; loss of autonomy or parental rights; victimization or natural disasters).

- **Emergent Referrals**- Emergent Referrals – An inmate-patient (I/P) deemed to require an emergent (immediate) referral shall be maintained under continuous staff observation until

evaluated by a by the CIT. The CIT must evaluate the I/P as soon as possible, but not to exceed four (4) hours.

VII.    <u>PROCEDURE</u>

A.  When a patient reports an emergent mental health (MH) need or staff observes a patient requiring emergent mental health need, staff shall:

1.  For an urgent or emergent medical condition, follow the protocol outlined in Operational Procedure 3023 Emergency Medical Response System/Suicide Prevention and Response and Emergency Medical Response HCDOM (3.7.1).

2.  Immediately move the patient to a triage location and place the patient in a Therapeutic Treatment Module (TTM) where the patient will be observed by custody in-person on a continuous basis until the CIT arrives. The CIT will respond to the area TTM.

    a.  The location shall be as close to the patient's current housing as possible. All efforts will be made to have the patient remain on the facility where he or she is currently housed to aid in the assessment within the patient's current milieu. The patient shall be interviewed in a confidential setting. A patient does not need to state they are suicidal to deploy the CIT.

    b.  Note that if a MHCB referral is based solely on clinical concerns from a Mental Health individual contact or Interdisciplinary Treatment Team (IDTT) meeting, a CIT may not be required if the MHCB referral is clinically warranted. However, protocols must still be followed and the I/P will be sent to the Therapeutic Treatment Module (TTM) prior to contacting the CTC Clinical Director or designee about the referral.

3.  Notify CIT members as indicated by local operating procedures.

    a.  For CMC, the CIT is activated by the area facility Sergeant via radio to all CIT members. If a CIT member does not respond via radio, an institutional page will be initiated after 10 minutes.

    b.  Mental Health and Nursing CIT members will be assigned institutional radios. The Mental Health CIT member assigned radio will be located in the CTC MHCB for issuance. The Nursing CIT member assigned radio will be located at East Facility central control for issuance.

B.  Once the CIT is activated and the members notified:

1.  The CIT members will complete a record review prior to meeting at the TTM location. Health care staff shall place an emergent mental Health Consult order in the health record and select the appropriate referral reason from the "Patient Consult Reason" drop down box.

2.  The CIT will convene within 30 minutes and resolve no later than four (4) hours at the area TTM to discuss the I/P's case, and will initiate the intervention in collaboration with all team members.

EX. 1-3

**California Men's Colony**

**OP 3043 - Crisis Intervention Team** 8-2022

3. The CIT will interview the patient to:

c. Identify the type of crisis present

d. Take appropriate action regarding treatment planning and appropriate course of action related to the reason for the CIT contact (e.g., housing, level of care, medical care, MHCB placement, other issues).

e. Assess patient's ability to understand what is being said and to effectively communicate their thoughts.

f. Assess current problem using de-escalation and motivational interviewing techniques.

g. Assess whether a referral to the psychiatrist is clinically indicated.

4. If the CIT members are not unanimous on the appropriate course of action, the decision shall be elevated to institution leadership. The Chief of Mental Health, Chief Psychiatrist, Senior Psychiatrist Supervisor, or designee shall make the final determination. For clinical disagreements, the more conservative approach shall be honored.

4. All documentation shall be completed per existing discipline-specific policy and procedures.

a. Mental Health clinicians involved in the CIT shall complete the Mental Health CIT Powerform in the health record.

b. If the patient expresses suicidality, and/or if an emergent consult/referral was submitted for Danger to Self (DTS), a Suicide Risk Assessment and Self Harm Evaluation (SRASHE) shall be completed.

c. Nursing staff involved in the CIT shall complete the Nursing CIT Powerform in the health record.

5. Follow through: when a determination has been made that requires follow up at a later time, a plan must be established to ensure this occurs (e.g., if the patient requires an urgent psychiatry consult, the team must establish a plan to ensure that the consult is appropriately scheduled and that the psychiatrist assigned to follow-up is informed of the events that resulted in the urgent consult).

## VIII. <u>ROLES</u>

Each CIT member's role is described below:

1. MH Clinician

a. Reviews health record, including any previous CIT contacts and shares information related to these contacts with the rest of the CIT members.

b. Performs a Mental Status Exam.

c. Provides appropriate mental health treatment recommendations and/or referral.

d. Completes Suicide Risk and Self Harm Evaluation (SRASHE), as required per policy.

e. Completes the Mental Health CIT Powerform in the health record with relevant clinical information pertaining to the CIT intervention. During EHRS downtime protocol, see the downtime folder for necessary documents to be used.

EX. 1-4

**California Men's Colony**

**OP 3043 - Crisis Intervention Team**                                        **8-2022**

    f.   Determines the necessity for a referral to MHCB.

        i.   If a referral is warranted, the clinician shall initiate the process and complete all required documentation per the 12.05.200.P1 Mental Health Crisis Bed: Referral Procedure and 12.05.601 Documentation Required for Referral to Mental Health Crisis Bed policy.

        ii.   All other documentation and referral, if applicable, requirements are completed per protocols in 10-0014 Mental Health Referrals Policy.

    g.   When clinically indicated, and for every MHCB referral, the CIT shall contact psychiatry (on-duty or on-call, as appropriate) to address clinical considerations related to psychiatric concerns.

        i.   Examples of when the psychiatrist should be contacted are as follows, but not limited to:

           1)  The patient reports significant side effects of psychotropic medications.

           2)  The patient is acutely psychotic or severely agitated.

           3)  The patient is engaging in self-injurious behavior and does not require a referral to a higher level of care.

           4)  The patient is threatening to harm him- or herself.

        ii.   The psychiatrist may also be contacted for other issues such as diagnostic clarification concerns, obtaining a second opinion related to the risk for suicidality, or for other clinical considerations.

        iii.   For patients who engaged in self-injurious behaviors (e.g., head banging, cutting, pulling out sutures or catheters, or re-opening a wound), have made a serious suicide attempt, or require a referral to a higher level of care, refer to the Emergency Medical Response System (HCDOM 3.7.1) policy.

    h.   The CIT shall inquire with the patient if they would like to be referred to the psychiatrist for urgent or emergent psychiatric medication issues, such as PRN.

2. Psychiatrist

    a.   Acts as a consultant to the CIT.

    b.   When a referral to MHCB is necessary, evaluates whether acute medical treatment or hospitalization is required prior to transfer, and assesses the relative benefits and risks associated with transporting the patient. If needed, the psychiatrist would order medications to assist with patient safety and comfort during travel. They would also order laboratory testing and other assessments as may be medically appropriate.

3. Nursing Staff (Supervising Registered Nurse, Unit Supervisor, Senior Psychiatric Technician, Registered Nurse. A Psychiatric Technician may attend with an RN, Supervising Registered Nurse II, or a Senior Psychiatric Technician/Unit Supervisor.)

    a.   Reviews the Patient Summary Sheet and health record.

    b.   Evaluates for the presence of physical injuries or medical problems that require immediate attention.

EX. 1-5

c.  Evaluates for conditions that mimic mental illness, including substance intoxication and withdrawal.

d.  Evaluates for medical problems related to psychiatric disorders.

e.  Communicates relevant historical and current health information to custody and mental health staff.

f.  Reviews current medications for appropriate PRN administration, contacting psychiatrist if no medications are available or ordered, if clinically indicated.

g.  Provides recommendations to the team related to CIT interventions and future medical/nursing treatment planning.

h.  Liaisons with the patients Primary Care Physician or the on-call medical provider as clinically indicated.

i. Liaisons with the patient's psychiatrist or on-call psychiatrist as clinically indicated.


4. Custody Lieutenant

a. CIT requires a Facility Lieutenant (Custody Supervisor). However, a Sergeant may be utilized in the event the Lieutenant is unable to respond to the Housing Unit (e.g., serving as Watch Commander, Incident Commander, etc.) When this occurs, the Facility Sergeant may accompany healthcare staff and respond with the team providing the following criteria is met:

1) The Sergeant must remain in close communication with the Lieutenant and relay information, as appropriate.

2) The Lieutenant maintains responsibility for determining any housing change(s) or custodial responses indicated and participates in the final CIT intervention decision with the team.

b. Reviews patient's information in the Strategic Offender Management System (SOMS).

c. Provides custodial information pertinent to treatment planning and determining an appropriate course of action.

d. Reviews Bed assignment.

e. Discusses housing unit conduct with housing officer.

f. Evaluates bed card, cell, property and phone use.

g. Obtains property card, if needed.

h. Provides recommendations to the team related to the CIT interventions and future custodial interventions.


IX.    **CIT COMPOSITION AND OPERATING HOURS**

A.  The CIT shall include the following staff:

- During normal business hours
  - Psychologist or Clinical Social Worker. If unlicensed, the clinician will immediately consult with an administrative supervisor, or clinical supervisor prior to the resolution of the CIT. Documentation shall reflect this consultation.

EX. 1-6

**California Men's Colony**
**OP 3043 - Crisis Intervention Team**                                                    8-2022

- o   As clinically indicated, a Psychiatrist.
- o   Lieutenant, or Sergeant, in consultation with the Lieutenant, if the Lieutenant is unable to be physically present.
- o   Supervising Registered Nurse, Unit Supervisor, Senior Psychiatric Technician, Registered Nurse. A Psychiatric Technician may attend with an RN, Supervising Registered Nurse II, or a Senior Psychiatric Technician/Unit Supervisor.

- • After normal business hours
  - o   Licensed Psychologist or Licensed Clinical Social Worker
  - o   As clinically indicated, a Psychiatrist.
  - o   Lieutenant, or Sergeant, in consultation with the Lieutenant, if the Lieutenant is unable to be physically present.
  - o   Supervising Registered Nurse, Unit Supervisor, Senior Psychiatric Technician, Registered Nurse. A Psychiatric Technician may attend with an RN, Supervising Registered Nurse II, or a Senior Psychiatric Technician/Unit Supervisor.

B.   The CIT operating hours at CMC are as follows:

1.   Mental Health (MH) Clinician

   a.   Between the hours of 0700 and 0800 Sunday through Friday, if a patient presents with an emergent mental health crisis, the patient shall be brought to the TTA for assessment and disposition. If orders are required for admitting to Alternative Housing, contact the MHCB Supervisor at (805) 305-8243.

   b.   Between the hours of 0800-2000, Sunday through Friday, contact the CIT Clinician.

   c.   Between the hours of 0700-1600 Saturdays and Holidays, contact the MHCB Clinician at (805) 434-8567. If a CIT call comes in between 1600 and 1700, the MHCB clinician may order a direct admit to the Alternative Housing Unit (AHU).

   d.   If the designated CIT MH clinician is not available during these hours, an e-mail will be sent out notifying staff that the yard clinician (Monday-Friday) or MHCB clinician (Saturday) will serve as the CIT clinician until 1700, and that after 1700, after-hours procedures will be followed. In addition, verbal notifications will be placed to the Watch Commander at x7904 and the Nursing staffing office at (805) 503-5015. The Watch Commander will notify Central Control, and Central Control will announce over the radio at 0800 that the CIT MH clinician is not available as scheduled.

   e.   Between the hours of 2000-0700, or after 1600 on Saturday and Holidays, the I/P will be sent to the TTA for after-hour procedures.

2.   As clinically indicated, a Psychiatrist will be contacted to participate.

3.   Nursing Staff (Supervising Registered Nurse II (SRN II), Unit Supervisor (US), or Senior Psychiatric Technician (SPT), Registered Nurse (RN) or Psychiatric Technician (PT)).

   a. Seven days a week between the hours of 0800-1400 a Second Watch SRN II, US, or SPT.

   b.  Sunday through Friday between the hours of 1400-2000 a Third Watch SRN II, US, or SPT.

   c. Saturdays and Holidays between the hours of 1400-1600 a Third Watch SRN II, US, or SPT

EX. 1-7

**California Men's Colony**
**OP 3043 - Crisis Intervention Team**                                                    **8-2022**

    4.   Area Facility Lieutenant (facility where the patient is currently housed)

CIT operating hours shall include third watch hours and be based upon local institution utilization rates. The local SPRFIT Committee is responsible for reviewing patterns of emergency referrals to determine the most appropriate hours for the CIT to be utilized for managing emergent referrals. In the event of a mental health emergency in outpatient settings during CIT operating hours, the CIT shall be activated. All three members of the CIT shall respond together as soon as possible, in accordance with Mental Health Services Delivery System Program Guide emergent referral response requirements.

The CIT process does not replace efforts to respond to life-threatening emergencies. The Health Care Department Operations Manual, Chapter 3, Article 7, Emergency Medical Response, shall be followed in these instances. For emergent consults/referrals outside of normal business hours and/or CIT operating hours, existing local mental health on-call procedures shall be followed.

**ATTACHMENTS:**

**Attachment A: Review Checklist Mental Health**

**Attachment B: Review Checklist Custody**

**Attachment C: CIT Flow map**


_____                    _____
D. SAMUEL                                          T. MACIAS
Warden                                             Chief Executive Officer, Health Care
California Men's Colony                            California Men's Colony


EX. 1-8

**California Men's Colony**
**OP 3043 - Crisis Intervention Team**                                                      **8-2022**


APPROVED


_____
MENTAL HEALTH PROGRAM SUBCOMMITTEE                 DATE


_____
QUALITY MANAGEMENT COMMITTEE                       DATE


_____
GOVERNING BODY                                     DATE

EX. 1-9