California Mans Colony
Robert Goins BL-8291
P.O. Box 8101
San Luis Obispo, Ca. 93409

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

In The United States District Court
For The Central District Of California

Robert Goins,

v.

E. Kranz

CASE No.:
25-cv-02168-SB-ACCV

Plaintiff(s) Motion For An Enlargement Of Time To File An Opposition To The Defendants Motion For Summary Judgement

To The Above Entitled Court, And The Office Of The Clerk. Plaintiff R. Goins moves: For An Enlargement of Time To File Opposition papers, To The Defendants Motion For Summary Judgement.

On July 2, 2026, Defendant(s) Filed voluminous papers for Summary Judgement, in the matter: Goins v. Kranz, 25-cv-02168-SB-ACCV. [ECF 76]

(1)

Plaintiff is proceeding pro se, and has no experience in filing motions with the Central District Court.

Plaintiff waited for an appointment of pro bono counsel well over 90 days ago.

Plaintiff was not contacted by any pro bono Attorney(s) during that period.

Plaintiff has no assistance for the instant motion in opposition

During the discovery process, Plaintiff was overwhelmed with more than 10,000 pages of documents, a large number of them duplicates and of no real use to the Plaintiff.

The deadline for the opposition is July 23rd, 2026, with an additional 3 days for mailing the motion To the Plaintiff by the Defendant(s).

Plaintiff(s) deadline is 7/26/2026.

Plaintiff will be unable to meet this deadline

(2)

Plaintiff has diligently attempted to research and compile a reply to the Defendants motion for Summary Judgment.

Plaintiff is overwhelmed by the process and will need additional time to file an opposition to the Defendants motion for Judgment, Plaintiff therefore requests that the Central District court grant an enlargement of time up and until August 26, 2026, to file opposition papers to the Defendants motion for Summary Judgment.

This request represents Plaintiff(s) first Enlargement of time, and it appears as if no future request will be needed, if this motion is granted

July 23, 2026

Respectfully Submitted

## PROOF OF SERVICE BY MAIL
### [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF San Luis Obispo

I am a citizen of the County of San Luis Obispo, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and ~~not~~ a party to this action. I am a resident of the County of San ~~Joaquin~~ Luis Obispo, CDCR#_____.

My address is:

MENS COINY
California ~~Health Care Facility~~

93409
~~Stockton, CA 95215~~
San Luis Obispo

On July 23, 2026 I served via United States Mail a copy of the following document(s): Plaintiff(s) Motion For an Enlargement of Timde To File Opposition To Defendants Motion For Summary Judgement

The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to: U.S. Dist. Ct. Central Dist. Of Calif. Ofc. of the Clerk 255 East Temple Street, Rm. 180 Los Angeles, CA. 90012
DOJ Ofc. ATTN Gran. M. Macklin 600 W. Broadway, STE. 1800 San Diego, CA. 92101

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on July 23, 2026 in San ~~Joaquin~~ Luis Obispo County, California.

Robert Goins
**Type or Print Name**

**Signature**



**CALIFORNIA MEN'S COLONY STATE PRISON**
**P.O. BOX 8101**
**SAN LUIS OBISPO, CA  93409-8101**

Name: Robert Goins

CDCR #: BL-8291   Cell #: DB-8353

**STATE PRISON**
**GENERATED MAIL**

ACCV

SANTA CLARITA CA 913

25 JUL 2026 PM 3 L

FIRST-CLASS MAIL
IMI
$000.78

RECEIVED
DISTRICT COURT

JUL 28 2026

Legal

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Rm.
180
Los Angeles, CA. 90012

9001283547 C032